836

No. 207. HARRY ALEXANDER, INC. ET AL. *v.* FRIEND. United States Court of Appeals for the District of Columbia Circuit. Certiorari denied. *G. A. Chadwick, Jr.* and *John A. Beck* for petitioners. *Henry F. Lerch* and *Wilton H. Wallace* for respondent.

No. 208. BOARD OF REGENTS OF THE UNIVERSITY OF MARYLAND *v.* TRUSTEES OF ENDOWMENT FUND OF THE UNIVERSITY OF MARYLAND ET AL. Court of Appeals of Maryland. Certiorari denied. *C. Ferdinand Sybert,* Attorney General of Maryland, and *David Kauffman,* Assistant Attorney General, for petitioner. *H. Vernon Eney* for the Trustees of the Endowment Fund of the University of Maryland, respondent.

No. 214. TORRES *v.* WALSH, U. S. DISTRICT JUDGE. C. A. 2d Cir. Certiorari denied. *Edward A. Martin* for petitioner. *Walter X. Connor* for respondent.

No. 215. PROCHASKA *v.* UNITED STATES. C. A. 7th Cir. Certiorari denied. *George F. Callaghan* for petitioner. *Solicitor General Sobeloff, Assistant Attorney General Olney* and *Beatrice Rosenberg* for the United States.

No. 216. ITEM COMPANY *v.* NATIONAL LABOR RELATIONS BOARD. C. A. 5th Cir. Certiorari denied. *Eberhard P. Deutsch* and *René H. Himel, Jr.* for petitioner. *Solicitor General Sobeloff, Theophil C. Kammholz, David P. Findling, Dominick L. Manoli* and *Frederick U. Reel* for respondent.

No. 219. STRAUCH ET AL. *v.* UNITED STATES. C. A. 6th Cir. Certiorari denied. *John J. Hooker* and *Bernard J.*